UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-61986-WJZ

SCOTT BARR, DDS, on behalf of itself
and other similarly situated,

    Plaintiff,

v.

ISOLITE SYSTEMS,
a California corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, SCOTT BARR, DDS, by and through undersigned counsel, hereby advises the Court that the parties have reached agreement in principle on a resolution of this matter. The Parties anticipate finalizing the terms of their resolution and filing a Joint Stipulation for Dismissal within the next ten (10) calendar days.

Dated: November 19, 2013

Respectfully submitted,

*/s/ Steven R. Jaffe*
Steven R. Jaffe (Florida Bar No. 390770)
Email: steve@pathtojustice.com
Seth M. Lehrman (Florida Bar No. 132896)
Email: seth@pathtojustice.com
Mark S. Fistos (Florida Bar No. 909191)
Email: mark@pathtojustice.com
Gabriel F. Zambrano (Florida Bar No. 005710)
Email: gabe@pathtojustice.com
FARMER, JAFFE, WEISSING, EDWARDS
FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

1

>Scott D. Owens, Esq.
>Florida Bar No. 0597651
>Email: scott@scottdowens.com
>SCOTT D. OWENS, P.A.
>664 E. Hallandale Beach Blvd.
>Hallandale, FL 33009
>Telephone: (954) 589-0588
>Facsimile: (954) 337-0666

>*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on November 19, 2013, and will be served on all counsel of record listed below through the ECF system.

>*/s/ Steven R. Jaffe*
>Steven R. Jaffe

### SERVICE LIST
*Scott Barr, DDS v. Isolite Systems*
**CASE NO. 0:13-cv-61986-WJZ**
**United States District Court, Southern District of Florida**

Kimberly Gessner
Florida Bar No.: 839701
Email: Kimberly.gessner@fowlerwhite.com
Jesse Diner, Esq.
Florida Bar No.: 161472
Email: jesse.diner@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
1200 E. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 703-3900
Facsimile: (954) 703-3939

*Attorneys for Defendant*