UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61986-CIV-ZLOCH

SCOTT BARR, DDS,

            Plaintiff,

vs.                                              **FINAL ORDER OF DISMISSAL**

ISOLITE SYSTEMS,

            Defendant.
_____/

THIS MATTER is before the Court upon Plaintiff's Notice Of Voluntary Dismissal With Prejudice (DE 11).  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Notice Of Voluntary Dismissal With Prejudice (DE 11) be and the same is approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___12th___ day of December, 2013.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record